

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Alex Herberto Hernandez,           \* From the 70th District Court
of Ector County,
Trial Court No. A-45,162.

Vs. No. 11-17-00116-CR           \* November 22, 2017

The State of Texas,           \* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.